AO 451 (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

14. mc. 294

| ESTATE OF SIAVASH BAYANI, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 04-01712 |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) |
| *Defendant* | ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  12/28/2007.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 12/15/2014



ANGELA D. CAESAR, CLERK OF COURT

**Bryant Johnson**
Digitally signed by Bryant Johnson
DN: cn=Bryant Johnson, o=U.S. District Court for the District of Columbia, ou=Operations,
email=dcd_cmecf@dcd.uscourts.gov, c=US
Date: 2014.12.15 10:07:17 -05'00'

*Signature of Clerk or Deputy Clerk*



FILED
DEC 23 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF SIAVASH BAYANI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Civil Action 04-01712 (HHK)<br><br>14mc294 |

## ORDER

Plaintiffs, having established their claim of right to relief in this action by evidence that is satisfactory to the court, as required by 28 U.S.C. § 1608(e), it is this 28th day of December, 2007, hereby

**ORDERED** that judgment is entered in favor of plaintiffs and against the Islamic Republic of Iran, the Iranian Ministry of Intelligence and Security, and the Iranian Revolutionary Guard Corps as follows:

| | |
|---|---|
| Estate of Siavash Bayani | $22,331,500 |
| Fatemah Bayani | $30,000,000 |
| Banafsheh Bayani | $7,000,000 |
| Babak Bayani | $7,000,000 |

It is further **ORDERED** that punitive damages are awarded against the Iranian Revolutionary Guard Corp in the amount of $400,000,000 to be divided evenly between each plaintiff.



**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK

Bryant Johnson
Digitally signed by Bryant Johnson
DN: cn=Bryant Johnson, o=U.S. District Court for the District of Columbia, ou=Operations, email=dcd_cmecf@dcd.uscourts.gov, c=US
Date: 2014.12.15 09:51:05 -05'00'

/s/
Henry H. Kennedy, Jr.
United States District Judge

DEC 19 2014